## IN RE KRISTY A. ET AL.

The respondent mother's petition for certification for appeal from the Appellate Court, 83 Conn. App. 298 (AC 24000), is denied.

*Paul Chill*, in support of the petition.

*Stephen G. Vitelli*, assistant attorney general, in opposition.

Decided September 22, 2004

## CHARLES W. FISH *v.* ANNE IGOE

The plaintiff's petition for certification for appeal from the Appellate Court, 83 Conn. App. 398 (AC 24008), is denied.

*Charles W. Fish*, pro se, in support of the petition.

Decided September 22, 2004

## R AND R POOL AND PATIO, INC., ET AL. *v.* ZONING BOARD OF APPEALS OF THE TOWN OF RIDGEFIELD

The plaintiffs' petition for certification for appeal from the Appellate Court, 83 Conn. App. 1 (AC 24111), is denied.

*Wesley W. Horton, Daniel J. Krisch* and *Robert A. Fuller*, in support of the petition.

*Patricia C. Sullivan* and *Barbara M. Schellenberg*, in opposition.

Decided September 22, 2004